UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARBARIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>C.D.C.R., et al.,<br><br>    Defendants. | No. 2:23-cv-0987 DJC CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: November 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/barb0987.36

1