UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARBARIAN,<br><br>             Plaintiff,<br><br>      v.<br><br>C.D.C.R., et al.,<br><br>             Defendants. | No.  2:23-cv-0987 DJC CKD P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an amended complaint.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No.14) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

Dated:  December 28, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/barb0987.36sec

1